Robert C. Blood, Plaintiff-Appellee, v. Robert
L. Cross, Defendant-Appellant.

Gen. No. 11,245.

Second District, Second Division.
September 28, 1959.
Released for publication October 15, 1959.

John
R. Snively, for defendant-appellant; Barrick and Jackson (William C. Jackson, of counsel) for plaintiff-appellee. Opinion by
JUSTICE SOLFISBURG. **Not to be published in full.**